UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ASHLEY MARIA GASHI,  :  NO. 3:20-cv-00714-KM
        Plaintiff,  :
                                            :
- v-  :
                                            :  (MEHALCHICK, M.J.)
ANDREW SAUL,  :
Commissioner  :
of Social Security,  :
        Defendant.  :  **[FILED VIA ECF]**

**ORDER**

**AND NOW**, this 2nd day of December, 2020, upon consideration of the Defendant's Uncontested Motion for Remand, it is hereby **ORDERED** that said motion is **GRANTED** and this action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

BY THE COURT:

*Karoline Mehalchick*

KAROLINE MEHALCHICK
U.S. MAGISTRATE JUDGE