# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY MARIA GASHI,<br>　　　Plaintiff, | NO. 3:20-CV-00714-KM |
| -vs- | (MEHALCHICK, M.J.) |
| ANDREW SAUL,<br>Commissioner of Social Security,<br>　　　Defendant. | **[FILED VIA ECF]** |

## ORDER

AND NOW, this 11th day of January, 2021, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Ashley Maria Gashi, is awarded Three Thousand Six Hundred Twenty-Eight Dollars and 82/100 Cents ($3,628.82) in attorney fees, Twenty Dollars and 77/100 Cents ($20.77) in expenses, and Four Hundred Dollars and 00/100 Cents ($400.00) in costs under EAJA. The attorney fees will be paid directly to Plaintiff, Ashley Maria Gashi, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*Karoline Mehalchick*
_____
KAROLINE MEHALCHICK
U.S. MAGISTRATE JUDGE